THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Raymond
 Burnette, Appellant.
 
 
 

Appeal From Allendale County
J. Ernest Kinard, Jr., Circuit Court
Judge

Unpublished Opinion No. 2012-UP-109
 Submitted February 1, 2012  Filed
February 22, 2012    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Senior Assistant Attorney General Harold M. Coombs, Jr., all of
 Columbia; and Solicitor Isaac McDuffie Stone, III, of Bluffton, for Respondent.
 
 
 

PER CURIAM:  Raymond Burnette appeals his conviction for assault
 and battery with intent to kill, arguing the trial court erred by not charging
 the jury on assault and battery of a high and aggravated nature.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v.
 Stone, 285 S.C. 386, 387, 330 S.E.2d 286, 287 (1985) ("[A] defendant's
 failure to object to the charge as made or to request an additional charge,
 when an opportunity has been afforded to do so, results in a waiver of his
 right to complain about the charge on appeal.").    
AFFIRMED.
FEW, C.J.,
 HUFF and SHORT, J.J., concur. 

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.